# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES HILL, JR.

NO. 2019 KW 1445

**NOV 25 2019**

---

In Re:    James Hill, Jr., applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          1603118.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT